Submitted January 3, reversed and remanded February 5, 2020

CITY OF PORTLAND,
*Plaintiff-Respondent,*

*v.*

JACQUES G. GRANT,
*Defendant-Appellant.*

Multnomah County Circuit Court
17CR67356; A167258

456 P3d 689

Katharine von Ter Stegge, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Denis M. Vannier filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Reversed and remanded. *State v. Smith*, 277 Or App 298, 373 P3d 1089, *rev den*, 360 Or 401 (2016).